ANDREW H. SELESNICK (SBN 160516)
DAMARIS L. MEDINA (SBN 262788)
KETAKEE R. KANE (SBN 291828)
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Telephone: (310) 564-2670
Facsimile: (310) 564-2671

Troy A. Schell, Esq. (SBN 208661)
Bryan Wong, Esq. (SBN 205573)
**PRIME HEALTHCARE SERVICES, INC.**
3300 East Guasti Road, 3rd Floor
Ontario, California 91761
Telephone:   (909) 235-4400
Facsimile:    (909) 235-4419

Attorneys for Plaintiff

Additional Counsel Listed On Next Page

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center;**<br><br>**Plaintiff**<br>**vs.**<br><br>**Sylvia Mathews Burwell in her official capacity as Secretary of the Department of Health and Human Services,**<br><br>**Defendant.** | Case No. 2:15-cv-00154-TLN-KJN<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING**<br><br>[L.R. 144(A)] |

1

1   BENJAMIN B. WAGNER
United States Attorney
2   BOBBIE J. MONTOYA (CSBN 208772)
Assistant United States Attorney
3   501 I Street, Suite 10-100
Sacramento, CA  95814
4   Telephone:  (916) 554-2821
Facsimile:   (916) 554-2900
5   Bobbie.Montoya@usdoj.gov

6   Attorneys for Defendant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**STIPULATION AND ORDER**

1        Plaintiff Prime Healthcare Services – Shasta, LLC ("Plaintiff"), and

2  Defendant Sylvia Burwell, Secretary of the Department of Health and Human

3  Services, ("Defendant") by and through their attorneys, hereby stipulate, subject to

4  approval of the Court, to the following:

5        Plaintiff has filed a total of 9 cases challenging determinations by the

6  Medicare Appeals Council that Plaintiff lacked standing to appeal the denial of its

7  claims for payment for emergency medical services provided to Medicare

8  beneficiaries between November 2008 and February 2009.

9  These cases are as follows:

10        (1)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:14-cv-02791-

11  TLN-KJN.

12        (2)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00154-

13  TLN-KJN.

14        (3)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00324-

15  TLN-KJN.

16        (4)    *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00400-

17  TLN-KJN.

18        (5)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00450-

19  TLN-KJN.

20        (6)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00473-

21  TLN-KJN.

22        (7)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00474-

23  TLN-KJN.

24        (8)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00709-

25  TLN-KJN.

26        (9)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-01120-

27  TLN-KJN.

28  *//*

**STIPULATION AND ORDER**

1    In light of Plaintiff attorneys' workload, which includes an arbitration,

2  mediation, and depositions in November, a mediation and depositions in

3  December, and an arbitration in January, the parties hereby stipulate, subject to the

4  approval of the Court, to the following proposed briefing schedule:

5  **Deadline for Plaintiff's Oppositions to Defendant's Motions to Dismiss:**

6  January 14, 2016

7  **Deadline for Defendant's Replies in Support of Defendant's Motion to**

8  **Dismiss:** February 11, 2016

9  **Hearing on Defendant's Motion to Dismiss**: February 25, 2016

10

11    Although the parties have not previously asked for an extension of time to

12  file an opposition to Defendant's motions to dismiss, the parties have previously

13  filed several stipulations for extensions of time to file a responsive pleading to the

14  original Complaint.  The parties appreciate the Court's patience in this matter.

15

16  Dated:  October 22, 2015          **MICHELMAN & ROBINSON**

17                                    By:   /s/ Ketakee R. Kane

18                                          Andrew H. Selesnick

19                                          Damaris L. Medina
                                            Ketakee R. Kane

20                                          Troy A. Schell, Esq.
                                            Bryan Wong, Esq.

21                                          Attorneys for Plaintiff Prime Healthcare

22                                          Services – Shasta, LLC

23  Dated:  October 22, 2015          BENJAMIN B. WAGNER

24                                    United States Attorney

25                                    By:    /s/ Bobbie J. Montoya
                                            Bobbie J. Montoya

26                                          Assistant U.S. Attorney

27                                          Attorneys for Defendant Sylvia Mathews
                                            Burwell

28

4

1

**ORDER**

2

        Pursuant to stipulation and good cause having been shown, IT IS SO

3

ORDERED.

4

5

Dated:  October 23, 2015

6

7

8

9

                                                          Troy L. Nunley
                                                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5