1  ANDREW H. SELESNICK (SBN 160516)
   aselesnick@mrllp.com
2  DAMARIS L. MEDINA (SBN 262788)
   dmedina@mrllp.com
3  KETAKEE R. KANE (SBN 291828)
   kkane@mrllp.com
4  **MICHELMAN & ROBINSON, LLP**
   10880 Wilshire Blvd., 19th Floor
5  Los Angeles, CA 90024
   Telephone: (310) 564-2670
6  Facsimile: (310) 564-2671

7  Troy A. Schell, Esq. (SBN 208661)
   Bryan Wong, Esq. (SBN 205573)
8  **PRIME HEALTHCARE SERVICES, INC.**
   3300 East Guasti Road, 3rd Floor
9  Ontario, California 91761
   Telephone:   (909) 235-4400
10 Facsimile:   (909) 235-4419

11 Attorneys for Plaintiff

12

13 Additional Counsel Listed On Next Page

14              **UNITED STATES DISTRICT COURT**

15              **EASTERN DISTRICT OF CALIFORNIA**

16

17 **PRIME HEALTHCARE SERVICES**  )   Case No. 2:15-cv-00154-TLN-KJN
   **– SHASTA, LLC, a Delaware limited** )
18 **liability company doing business as** )   **STIPULATION AND ORDER TO**
   **Shasta Regional Medical Center;**   )   **CONTINUE HEARING**
19                                    )
            **Plaintiff**              )
20 **vs.**                            )   [L.R. 144(A)]
                                      )
21 **Sylvia Mathews Burwell in her**   )
   **official capacity as Secretary of the** )
22 **Department of Health and Human**  )
   **Services,**                      )
23                                    )
            **Defendant.**             )
24                                    )
                                      )
25                                    )
                                      )
26                                    )
                                      )
27                                    )

28

                              1
─────────────────────────────────────────
                **STIPULATION AND ORDER**

BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA (CSBN 208772)
Assistant United States Attorney
Bobbie.Montoya@usdoj.gov
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2821
Facsimile:   (916) 554-2900

Attorneys for Defendant

2

**STIPULATION AND ORDER**

1    Plaintiff Prime Healthcare Services – Shasta, LLC ("Plaintiff"), and

2  Defendant Sylvia Burwell, Secretary of the Department of Health and Human

3  Services ("Defendant"), by and through their attorneys, hereby stipulate and agree,

4  subject to approval of the Court, as follows:

5    WHEREAS, Plaintiff has filed a total of 9 cases challenging determinations

6  by the Medicare Appeals Council that Plaintiff lacked standing to appeal the denial

7  of its claims for payment for emergency medical services provided to Medicare

8  beneficiaries between November 2008 and February 2009, which cases are

9  identified as follows:

10    (1)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:14-cv-02791-

11          TLN-KJN.

12    (2)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00154-
            TLN-KJN.

13    (3)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00324-

14          TLN-KJN.

15    (4)    *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00400-
            TLN-KJN.

16    (5)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00450-

17          TLN-KJN.

18    (6)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00473-
            TLN-KJN.

19    (7)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00474-

20          TLN-KJN.

21    (8)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00709-
            TLN-KJN.

22    (9)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-01120-

23          TLN-KJN.

24    WHEREAS, counsel for Plaintiff is presently involved in a matter before

25  Superior Court in Kern County necessitating the deposition of an individual

26  residing in Saudi Arabia.  The case involves multiple parties and the deponent has

27  limited availability to fly to the United States.  The deponent is only available on

28  March 10, 2016.  Counsel for Plaintiff has attempted to internally resolve the

3

conflict, but due to the deponent's travel considerations, has been unable to find an alternative date.  Counsel for Defendant has also recently taken a brief medical leave.  In light of the above, the parties hereby stipulate, subject to the approval of the court, to continue the hearing date in the above-captioned matter.

WHEREAS, the parties have requested two previous postponements of the hearing date on Defendant's pending motion to dismiss, which requests were granted on October 23, 2015 and January 13, 2016;

In light of the foregoing, IT IS HEREBY STIPULATED AND AGREED that:

(a)   The hearing on Defendant's pending motion to dismiss shall be heard on April 7, 2016, or as soon thereafter as the matter may be heard; and,

(b)   Defendant's reply briefs, if any, shall be filed and served no later March 24, 2016.

Dated:  February 22, 2016          **MICHELMAN & ROBINSON**

By:   */s/ Ketakee R. Kane*
Andrew H. Selesnick
Damaris L. Medina
Ketakee R. Kane
Troy A. Schell, Esq.
Bryan Wong, Esq.

Attorneys for Plaintiff Prime Healthcare Services – Shasta, LLC

Dated:  February 22, 2016          BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Bobbie J. Montoya*
Bobbie J. Montoya
Assistant U.S. Attorney

Attorneys for Defendant Sylvia Mathews Burwell

4

# ORDER

Pursuant to stipulation and good cause having been shown, IT IS HEREBY ORDERED that:

1. The hearing on Defendant's pending motion to dismiss shall be heard on April 7, 2016; and,

2. Defendant's reply briefs, if any, shall be filed and served no later March 24, 2016.

IT IS SO ORDERED.

Dated: February 23, 2016

Troy L. Nunley
United States District Judge

5