UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES — SHASTA, LLC, | No. 2:14-cv-2791-TLN-KJN |
| Plaintiff, | |
| v. | |
| SYLVIA MATHEWS BURWELL, | |
| Defendant. | |

| | |
|---|---|
| PRIME HEALTHCARE SERVICES — SHASTA, LLC, | No. 2:15-cv-0154-TLN-KJN |
| Plaintiff, | |
| v. | |
| SYLVIA MATHEWS BURWELL, | |
| Defendant. | |

| | |
|---|---|
| PRIME HEALTHCARE SERVICES — SHASTA, LLC, | No. 2:15-cv-0324-TLN-KJN |
| Plaintiff, | |
| v. | |
| SYLVIA MATHEWS BURWELL, | |
| Defendant. | |

1

1

PRIME HEALTHCARE SERVICES —
SHASTA, LLC,

No. 2:15-cv-0400-TLN-KJN

Plaintiff,

v.

SYLVIA MATHEWS BURWELL,

Defendant.

PRIME HEALTHCARE SERVICES —
SHASTA, LLC,

No. 2:15-cv-0450-TLN-KJN

Plaintiff,

v.

SYLVIA MATHEWS BURWELL,

Defendant.

PRIME HEALTHCARE SERVICES —
SHASTA, LLC,

No. 2:15-cv-0473-TLN-KJN

Plaintiff,

v.

SYLVIA MATHEWS BURWELL,

Defendant.

PRIME HEALTHCARE SERVICES —
SHASTA, LLC,

No. 2:15-cv-0474-TLN-KJN

Plaintiff,

v.

SYLVIA MATHEWS BURWELL,

Defendant.

2

1

2  ┌─────────────────────────────────
   │ PRIME HEALTHCARE SERVICES —
   │ SHASTA, LLC,                                    No. 2:15-cv-0709-TLN-KJN

3               Plaintiff,

4          v.

5   SYLVIA MATHEWS BURWELL,

6               Defendant.

7  ─────────────────────────────────

8   PRIME HEALTHCARE SERVICES —
    SHASTA, LLC,                                     No. 2:15-cv-1120-TLN-KJN

9               Plaintiff,

10         v.                                        <u>ORDER</u>

11  SYLVIA MATHEWS BURWELL,

12              Defendant.

13

14         Plaintiff Prime Healthcare, LLC ("plaintiff") filed these actions against Sylvia Mathew

15  Burwell, in her official capacity as Secretary of the Department of Health and Human Services

16  ("defendant" or "Secretary").  In these actions, plaintiff seeks judicial review of decisions by the

17  Secretary, acting through the Medicare Appeals Council ("MAC"), to dismiss plaintiff's requests

18  for review of unfavorable decisions concerning its claims for reimbursement for emergency

19  medical services it allegedly provided to Medicare beneficiaries prior to the time it had a

20  Medicare provider's agreement in place.

21         On May 9, 2017, the undersigned filed findings and recommendations (2:14-cv-2791-

22  TLN-KJN, ECF No. 52), which were served on the parties and which contained notice that any

23  objections to the findings and recommendations were to be filed within fourteen (14) days.  On

24  May 23, 2017, plaintiff and defendant each filed objections to the findings and recommendations

25  (<u>Id.</u>, ECF Nos. 53, 54).  In light of the objections, the court deems it appropriate to grant the

26  plaintiff leave to amend.  At this time, the court vacates the findings and recommendations and

27  takes no position on the merits of any potential amendment.[1]  Defendants may file responsive

28  _____
    [1] However, to the extent that plaintiff intends to challenge the Secretary's policies and/or

                                          3

1    motions as appropriate.

2           Therefore, IT IS HEREBY ORDERED that:

3           1.      The May 9, 2017 findings and recommendations filed in each of these actions are

4                   vacated.

5           2.      Defendant's motion to dismiss filed in each of these actions is GRANTED.

6           3.      These actions are DISMISSED, but plaintiff is granted 30 days leave to amend.

7           IT IS SO ORDERED.

8    Dated:  July 17, 2017

9

10                                                          KENDALL J. NEWMAN
                                                            UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   regulations, plaintiff might consider amending a complaint in one action (and voluntarily
     dismissing the others) or bringing a motion to consolidate all of the pending actions.